UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jerome Julius Brown, Sr.,           )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     Civil Action No.  **09 2074**
                                    )
Associate County Attorney           )
Brennan C. McCarthy,                )
                                    )
          Defendant.                )
                                    )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a resident of Upper Marlboro, Maryland, sues an associate county attorney presumably for Prince George's County, Maryland. Similar to plaintiff's previous eight complaints dismissed this year under Rule 8, this complaint consists of one page and a stack of unexplained attachments. The allegations are incomprehensible and, thus, fail to provide any notice of a claim and the basis of federal court jurisdiction. Plaintiff is advised that his persistence in filing such actions will result in this Court restricting his ability to proceed *in forma pauperis*. A separate order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: October 26, 2009